2

C-00-79.

## RETURN OF SERVICE

Service of the Summons and Complaint was made by ?  Date

_Rch P. Sm_  5/04/00

NAME OF SERVER (PRINT)  Title

_Richard L. Smyth_  _Civil Process Server_

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served. _1438 Trojan Corpus Christi TX 78416_

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _5/4/00_    _Rch P. Sm_
Date                     Signature of Server

Address of Server:
Et Al World Wide Litigation
3003 Carlisle Street, Suite 200
Dallas, Texas 75204

United States District Court
Southern District of Texas
FILED

MAY 22 2000

MICHAEL N. MILBY, CLERK

# United States District Court
## Southern District of Texas

**SUMMONS IN A CIVIL CASE**

United States of America

v.   CASE NUMBER: C-00-79

Jimmy A. Padia

TO: (Name and Address of Defendant)

Jimmy A. Padia
1438 Trojan
Corpus Christi, TX 78416

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Weston
Bennett & Weston, P.C.
10670 N. Central Expy., Suite 200
Dallas, TX 75231

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK          APR - 6 2000
_____          _____
Clerk                            Date

_____
BY DEPUTY CLERK

COPY