UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 3 2000

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| versus | § | Civil Action C-00-79 |
| | § | |
| Jimmy A. Padia | § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court hereby makes an entry of default against Jimmy A. Padia in that the defendant has not filed an answer or other responsive pleading in this cause.

Default is hereby entered as against the defendant this 2nd day of August, 2000.

United States Deputy District Clerk