United States District Court
Southern District of Texas
ENTERED

SEP - 1 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | 9. |
| | § | |
| VS. | § | C.A. NO. C-00-79 |
| | § | |
| JIMMY A. PADIA | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff seeks recovery from defendant for student loans guaranteed by the Department of Education which the defendant has not paid (D.E. 1). On August 2, 2000, the Clerk entered default (D.E. 8), and pending is plaintiff's motion for a default judgment (D.E. 7).

In order for judgment to be entered in favor of the United States, it must prove that (2) defendant executed the notes; (2) the United States is the present holder of the notes; and (3) the notes are in default. <u>FDIC v. McCrary</u>, 977 F.2d 192, 194, n. 5 (5th Cir. 1992); <u>Federal Sav. & Loan Ins. Corp. v. Atkinson-Smith Univ. Park Joint Venture</u>, 729 F. Supp. 1130, 1132 (N.D.Tex. 1989). Here, though the United States has produced a certificate of indebtedness from the United States Department of Education showing the amount of principal and interest due, a properly authenticated copy of the note was not produced.

## RECOMMENDATION

Plaintiff United States of America's motion for default judgment (D.E. 7) should be denied without prejudice.

Respectfully submitted this 30 day of August, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **TEN (10) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1)(C) and Article IV, General Order No. 80-5, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within TEN (10) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. Douglass v. United Services Auto Ass'n, 79 F.3d 1415 (1996) (en banc).