UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of ...
FILED
SEP - 8 2000

MICHAEL N. MILBY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| versus | § | Civil Action C-00-79 |
| | § | |
| JIMMY A. PADIA | § | |

**MOTION FOR OBJECTION TO MEMORANDUM AND RECOMMENDATION
AND AFFIDAVIT SUBMITTING NOTES**

The United States objects to the Magistrate Judge's Memorandum and Recommendation entered in this action.

The United States submits the Student Loan notes in the form attached here as Exhibit A and moves the Court accept them.

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas  75231
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on counsel for defendant (or defendant if not represented by counsel) in accordance with the Federal Rules of Civil Procedure on this _____ day of _____, 2000.

_____

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| *versus* | §   Civil Action C-00-79 |
| | § |
| Jimmy A. Padia | § |

**AFFIDAVIT SUBMITTING NOTES**

STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

Before me on this day personally appeared Janet Cummins, who upon being duly sworn did state as follows:

1. My name is Janet Cummins. I am over the age of twenty one years and am competent to give this affidavit.

2. I am employed as a loan analyst of the United States Department of Education and have personal knowledge of the facts stated in this Affidavit. I am a custodian of the documents of the United States Department of Education related to Jimmy A. Padia

2. The promissory note(s) executed by Jimmy A. Padia are maintained in the ordinary course of the business of the Department of Education in a depository operated by the United States. The copies of the note(s) attached to this affidavit are made from the promissory note(s) executed by Jimmy A Padia.

3. Attached to this affidavit are true and correct copies of the promissory note(s) executed by Jimmy A. Padia upon which a claim has been made against Jimmy A. Padia.

4. The only difference between the copies attached hereto and the original note(s) is the unsworn declaration under perjury contained on the second page of the note(s) executed by a representative of the United States Department of Education.

*Janet Cummins*

Sworn and subscribed to this 25th day of August 2000.

*Joan Dyer*
Notary Public for the State of California

My commission expires:
6/10/01


JOAN F. DYER
Comm. #1141641
NOTARY PUBLIC, CALIFORNIA
City & County of San Francisco
Comm. Exp. June 10, 2001

# TGSLC  TEXAS GUARANTEED STUDENT LOAD APPLICATION

**WARNING:** ANY PERSON WHO KNOWINGLY MAKES A FALSE MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH MAY INCLUDE [FINES] OR IMPRISONMENT UNDER THE UNITED STATES CRIMINAL CODE AND 20 U.S.C. 1097.

## SECTION I - TO BE COMPLETED BY STUDENT BORROWER
Type or print clearly with a ballpoint pen. Read the instructions carefully.

1. Social Security Number: 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
2. Last Name: PADIA   First: Jimmy   M.I.: A
3. Birth Date: Mo. 05  Day 23  Year 69
4. State of Permanent Residence: TEXAS   Since: 1969
5. Permanent Home Address Street: 1114 OAK PARK   City: CORPUS CHRISTI   State: TX   Zip Code: 78407
6. Home Area Code/Phone Number: (512) 882-5235
7. Driver's License Number: 09599585   State: TX
8. U.S. Citizenship Status: [x] (a) U.S. Citizen or National
9. Have you ever defaulted on an educational loan? [ ] Yes [x] No
10. Prior to the school year for which this loan is intended, have you ever been enrolled in any school beyond the high school level? [ ] Yes [x] No
11. Intended Enrollment: [x] Full-time  [ ] At least half-time  [ ] Less than half-time
12a. Requested Loan Amount: $2625
12b. What period do you want this loan to cover: From Mo. 08 Yr. 89 To Mo. 11 Yr. 89
13. Do you have any outstanding guaranteed student loans that are NOT those guaranteed by TEXAS GUARANTEED STUDENT LOAN CORPORATION? [ ] Yes [x] No
   Name of Lender: NONE

14. Parent or Guardian (Circle one) RELATIVE
   Name: LUPE GRANDE
   Address: 4018 HILLSIDE
   City, State, Zip: CORPUS CHRISTI, TX 78407
   Phone: 512-883-9014
   Employer: HOUSEWIFE

   Relative, Friend or Separated Parent (Circle one)
   Name: RAUL ORTIZ
   Address: 904 LEXINGTON AVE.
   City, State, Zip: CORPUS CHRISTI, TX 78407
   Phone: 512-882-7109
   Employer: DISABLE

   Other Relative or Friend (Circle one)
   Name: BEN VEGA
   Address: 2621 HALSEY
   City, State, Zip: CORPUS CHRISTI, TX 78406
   Phone: 512-884-2724
   Employer: DELMAR SERVICES

15. While in school, you intend to live: [ ] With parents [ ] On campus [x] Off campus
16. Major Course of Study: WELDING #6
17. Total Number of Borrower's Dependents: Number 1  List Ages 20

## PROMISSORY NOTE FOR A TEXAS GUARANTEED STUDENT LOAN

A. I PROMISE TO PAY to you or your order when this Note becomes due as set forth in Paragraph B the sum of TWO THOUSAND SIX HUNDRED TWENTY FIVE
Requested Loan Amount: $2625.00

Signature of Borrower: Jimmy A. Padia   Date: 8-17-89

## SECTION II - TO BE COMPLETED BY SCHOOL

22. Name of School: METLS WELDING SCHOOL
23. Address: 7645 GULF FREEWAY
24. City: HOUSTON  State: TEXAS  Zip Code: 77017
25. Area Code/Telephone Number: 713-641-0436
26. School Code: 023235002
27. Loan Period: From Mo. 08 Day 21 Yr. 89  To Mo. 11 Day 13 Yr. 89
28. Anticipated Graduation Date: Mo. 11 Yr. 89
29. Borrower Grade Level: 10
30. Dependency Status: [ ] Dependent [x] Independent
31. Estimated Cost of Education for Loan Period: $4695
32. Estimated Financial Aid for Loan Period: $0
32a. Expected Family Contribution: $1200
33. Difference (Item 31 minus Items 32 and 32a): $2625
33a. Adjusted Gross Income: $1427

34. Signature of Authorized Financial Aid Administrator: Theresa Lisenbe
35. Print or Type Name and Title: Theresa Lisenbe, Financial Aid Consultant
36. Date: 8-29-89

## SECTION III - TO BE COMPLETED BY LENDER  Bankers

37. Name of Lender:
38. Area Code/Telephone Number:
39. Address:  City:  State:  Zip Code:
40. Lender Code:
41. Lender Approved Amount: $2625
42. Disbursement 1  Mo./Day/Yr. / /  $
43. Disbursement 2  Mo./Day/Yr. / /  $
44. Disbursement 3  Mo./Day/Yr. / /  $
45. Disbursement 4  Mo./Day/Yr. / /  $
46. Signature of Authorized Lending Official:
47. Print or Type Name and Title:
48. Date:

B. **Date Note Becomes Due:** I will repay this loan ... periodic installments during a repayment period that will begin no later than the day after last day of my grace period explained on my Disclosure Statement. My grace period is that period of time which begins when I cease to be enrolled as at least a half-time student at a school that participates in the Guaranteed Student Loan Program. During my grace period, however, I may request that my repayment period begin on an earlier date.

C. **Interest:** I agree to pay an amount equivalent to simple interest on the unpaid balance of my loan from the date it is advanced to me until it is paid in full, except for interest the United States government will pay for me, which you will not attempt to collect from me. The applicable interest rate on my loan will be the same as applicable interest rate on my other Guaranteed Student Loans if any of those loans is still outstanding and has an interest rate of 7%, 8%, or 9%. If I have no outstanding Guaranteed Student Loans, the applicable interest rate on my loan will be 8%. My Disclosure Statement will identify the specific interest rate applicable for my loan. When this Note becomes due, I will either pay you the total interest due from me or such interest will be added to the total principal to be repaid, with interest, in installments. payments will be made to your address as set forth in Paragraph A.

D. **Guarantee-Origination Fees:** I will pay you a non-refundable guarantee fee which you will forward to the Texas Guaranteed Student Loan Corporation (TGSLC) for guarantee of this Note. For each disbursement of my loan the guarantee fee, in an amount not to exceed 1% per annum, will be calculated for a period beginning the month after the month of the disbursement's estimated date and ending 12 months after the anticipated month of my graduation as listed in my Application and Promissory Note My Disclosure Statement will indicate the exact amount of my guarantee fee for each disbursement of my loan(s). I will pay you an origination fee authorized by federal law not to exceed 5% of my loan amount. My Disclosure Statement will also indicate the exact amount of my origination fee. You may withhold this fee from each disbursement amount as indicated on my Disclosure Statement. If any loan disbursement check is returned uncashed to you, I will not be assessed any guarantee and origination fee for that disbursement.

E. **Whole Loan Due:** I will be in default and you will have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once (subject to any law which gives me the right to cure my default) if (1) I fail to make a payment when due, or (2) I make any false written statement in applying for this loan or for an extension or deferment of this loan, or (3) I break any of my other promises under this agreement, or (4) after I receive my loan proceeds, I fail to enroll for the period covered by this loan, at the school listed on this Application and Promissory Note for at least one-half of the normal full-time academic workload required the school.

F. **Collection Costs-Late Charges:** I agree to pay you reasonable amounts permitted by law, including the fees of an outside attorney and court costs, which you incur collecting any amount I owe under this Note which is not paid when due. (If this loan is referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay those collection costs which do not exceed 25% of the unpaid principal and accrued interest.) If any payment has not reached you within 10 days after its due date, you may, if not prohibited by law, bill me for a late charge at the rate of $5 or 5% of the payment, whichever is less.

G. **Prepayment:** I may, at my option and without penalty, prepay all or part of the principal or accrued interest of my loan at any time. If I do so, I will be entitled to a rebate of any unearned interest that I have paid.

H. **Additional Agreements:** (1) The proceeds of this loan will be used only for educational expenses at the school listed on my Application and Promissory Note. (2) Any notice required to be given to me, including my Disclosure Statement, will be effective when mailed by first class mail to the latest address you have for me. No separate notice required for any Cosigner. (3) Your failure to enforce or insist that I comply with any terms of this Note is not a waiver of your rights. No provision of this Note can be waived or modified except in writing. (4) If TGSLC is required under its guarantee to repay my loan(s) because I have defaulted, TGSLC will become the owner of this Note and my creditor will have all the rights of the original lender to enforce this Note against me. (5) I must repay this Note even though I may be under 18 years of age. (6) My loan will be cancelled if I die or become totally or permanently disabled. (7) In this Note, the words I, me, and my mean each and all of those who signed it. If more than one person signs this note, each person will be liable up to the full amount of the loan. You, your and yours mean the lender or any other owner of this Note.

I. **Deferment:** You will let me pay interest only, if such interest is not paid by the United States Government, and let me defer making principal payments on this Note provided below if my repayment period has begun, I am not in default, and I can provide you with written evidence that I qualify for the deferment (1) while I am enrolled (a) a school participating in the GSLP for full time study as determined by the school, unless I am not a citizen or national of the United States and am studying at a school located in the United States, or (b) in a graduate fellowship program approved by the Secretary of Education, or (c) in a rehabilitation training program for disabled individuals and approved by the Secretary of Education, or (d) as a full-time student at an institution of higher education or a vocational school which is operated by an agency of the United States government; (2) for periods not exceeding 3 years for each of the following while I am (a) on active duty in the Armed Forces of the United States or serving as an officer in the Commissioned Corps of the United States Public Health Service, or (b) serving as a Peace Corps volunteer, or (c) serving as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973 (e.g., VISTA), or (d) providing service as a full-time volunteer for an organization exempt from Federal Income Tax under Section 501(c)(3) of the Internal Revenue Code of 1954, which the Secretary of Education has determined is comparable to service in the Peace Corps ACTION programs; (3) for one or more periods not exceeding a total of 3 years while I am (a) temporarily totally disabled, as established by affidavit of a qualified physician or (b) unable to work because I am providing care required by a spouse who is temporarily totally disabled, as established by an affidavit of a qualified physician; (4) for period not exceeding 2 years while I am serving an internship that the Secretary of Education has determined is needed to gain professional recognition required to begin professional practice or service; (5) for a single period not exceeding one year while I am conscientiously seeking but unable to find full-time employment in the United States.

J. **Repayment in Installments:** I will repay the total amount due on this Note in installments, with interest at the rate indicated in Paragraph C, unless I enter into a situation described in Paragraph E, in which case the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once. Prior to the date this Note becomes due as set forth in Paragraph B, you will send me a Repayment Schedule which shows the particular repayment terms that will become part of this Note. A Cosigner who signs this Note will also be obligated to repay this Note. The Repayment Schedule may include all loans I have received from you under the Texas Guaranteed Student Loan Program. The Repayment Schedule will require me to make monthly payments for a period of not less than 5 nor more than 10 years after the Note becomes due. The repayment period will not be longer than 15 years from the date of my loan's first disbursement, not counting periods for which I am granted authorized deferment, as outlined in Paragraph H, or forbearance. My original in-school period is counted in this 15 year requirement. At my option, I may agree to repayment period that is shorter than 5 years. However, I may at any time later have the repayment period extended so that the total repayment period is not less than 5 years. My total payments for any year of the repayment period for all my loans under the Guaranteed Student Loan Program shall not be less than $600 per year, including payments by my spouse on any loan under the Guaranteed Student Loan Program (or the balance of all such loans plus accrued interest if less than $600), even though this may result in a repayment period shorter than 5 years.

K. **Credit Bureau Notification:** If I default on this loan, you may report the default to credit bureau organizations. This may significantly and adversely affect my credit rating. You must provide information on the repayment status of this loan to any credit bureau organization upon my request. If not otherwise prohibited by law, you may disclose information about the status of this loan to any credit bureau.

L. **Borrower Rights and Responsibilities:** (1) I will send written notice to you within 10 days after any changes in my name, address, or school enrollment status. Consolidation or refinancing options may be available for my Guaranteed Student Loan and other educational loan programs—if I wish to obtain further information on such options, I will contact TGSLC. (3) The Guaranteed Student Loan Program does not have provisions which enable this loan to be cancelled or forgiven in whole or in part for teaching or any other type of employment. (4) I am not required to provide security for this loan.

M. **Repayment by Department of Defense:** Under certain circumstances, if in the military I may have my loan repaid by the Secretary of Defense, in accordance with Section 902 of the Department of Defense Authorization Act of 1981 (10 U.S.C. 2141, note). I should address questions regarding this program to my local Service Recruiter. This a recruiting program and does not apply to prior service individuals or those not eligible for enlistment in the Armed Forces.

N. **Transfer of Note:** This Note may be transferred to a holder other than the lender. Such transfer shall not affect the rights and responsibilities of the parties as set forth herein. This Note is not intended to be a negotiable instrument, and a subsequent holder of this Note cannot be a holder in due course. The new holder will notify me of any such transfer in writing.

## BORROWER CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I, the borrower, certify that the information contained Section I of this application is true, complete and correct to the best of my knowledge and belief and is made in good faith. I hereby authorize the school to pay to the lender any refund which may be due up to the amount of this loan. I further authorize any school that I may attend to release to the lending institution, subsequent holder, U. Department of Education or their agents any requested information pertinent to this loan (e.g., employment, enrollment status, current address). I certify that the proceeds any loan made as a result of this application will be used for educational expenses for the loan period covered by this application at the school named in Section II. I understand that I must immediately repay any funds that I receive which cannot reasonably be attributed to meeting my educational expenses related to attendance at that school for the loan period stated in Item I. I certify that the total amount of loans received under the Guaranteed Student Loan Program, Title IV, Part B (P.L. 89-329) as amended, will not exceed the allowable maximums. I further certify I do not now owe a repayment on a Pell Grant, Supplemental Grant, or State Student Incentive Grant and am not now in default on a National Direct Student Loan or a Guaranteed Student Loan, or a Federally Insured Student Loan or a PLUS loan. I further authorize my lending institution to issue a check covering the proceeds of my loan, in full, or in part, made payable to me, or at the lender's option, jointly payable to me and the school, and sent to the school named Section II or at the lender's option, to me. I have read and understand the "Statement of Borrower's Rights and Responsibilities" supplied with this application.

I understand that I will receive a Disclosure Statement that identifies my loan amount (as determined by the lender), the fee amounts, due dates, grace period, and late charge I understand and agree that if the information on the Disclosure Statement conflicts with the information on the Application and Promissory Note, the information on the Disclosure Statement applies.

PAY TO THE ...
LOAN ...
ANY OF ...
LENDER:
OFFICIAL ...
TITLE:
DATE:

# TGSLC: TEXAS GUARANTEED STUDENT LOAN APPLICATION AND PROMISSORY NOTE

**WARNING:** ANY PERSON WHO KNOWINGLY MAKES A FALSE MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH MAY INCLUDE FINES OR IMPRISONMENT UNDER THE UNITED STATES CRIMINAL CODE AND 20 U.S.C. 1097.

## SECTION I - TO BE COMPLETED BY STUDENT BORROWER

Type or print clearly with a ball-point pen. Read the instructions carefully.

1. Social Security Number: 450 39 4091
2. Last Name: PADIA   First Name: JIMMY   MI: A
3. Birth Date Mo/Day/Yr: 05 23 69
4. State of Permanent Residence: TX  Since: 1969
5. Permanent Home Address Street: 1114 OAK PARK  City: CORPUS CHRISTI  State: TEXAS  Zip Code: 78407
6. Home Area Code/Phone Number: 512 883 5235
7. Driver's License Number: 09599585  State: TX
8. U.S. Citizenship Status: U.S. Citizen
9. Are you in default on any educational loan or do you owe a refund on a grant? No
10. Prior to the school year for which this loan is intended, have you ever been enrolled in any school beyond the high school level? Yes
11. Intended Enrollment: Full-time
12a. Requested Loan Amount: $2,625
12b. What period do you want this loan to cover? From: 11-89 To: 02-90
13. Do you have any outstanding guaranteed student loans that are NOT guaranteed by the TEXAS GUARANTEED STUDENT LOAN CORPORATION? No

Name of Lender: NONE

14. Parent or Guardian (Circle one - Relative):
   Name: LUPE GRANDE
   Address: 4918 HUISACHE
   City, State, Zip: CORPUS CHRISTI, TX 78407
   Phone: 512-883-9019
   Employer: HOUSEWIFE

   Relative, Friend or Separated Parent (Circle one - Friend):
   Name: RAUL ORTIZ
   Address: 909 LEXINGTON
   City, State, Zip: CORPUS CHRISTI, TX 78407
   Phone: 512-883-7109
   Employer: DISABLE

   Other Relative or Friend (Circle one - Friend):
   Name: BEN VEGA
   Address: 2621 HALSEY
   City, State, Zip: CORPUS CHRISTI, TX 78406
   Phone: 512-883-3724
   Employer: DEL-AIR SERVICES

15. While in school, you intend to live: Off campus
16. Major Course of Study: WELDING #32
17. Total Number of Borrower's Dependents: Number: 1  List Ages: 20

## PROMISSORY NOTE FOR A TEXAS GUARANTEED STUDENT LOAN

A. I PROMISE TO PAY to you or your order when this Note becomes due as set forth in Paragraph B the sum of **Two Thousand Six Hundred Twenty Five** ($2,625.00)...

Signature of Borrower: Jimmy A Padia   Date: 11-17-89

## SECTION II - TO BE COMPLETED BY SCHOOL

22. Name of School: METIS WELDING SCHOOL
23. Address: 7645 GULF FREEWAY
24. City: HOUSTON  State: TEXAS  Zip Code: 77017
25. Area Code/Telephone Number: 713-644-0436
26. School Code: 023235002
27. Loan Period: From: 11 20 89  To: 02 15 90
28. Anticipated Graduation Date: 02-90
29. Borrower Grade Level: 2 0
30. Dependency Status: Independent
31. Estimated Cost of Education for Loan Period: $4708
32. Estimated Financial Aid for Loan Period: $0
32a. Expected Family Contribution: $1200
33. Difference: $3508
33a. Adjusted Gross Income: $1427
34. Signature of Authorized Financial Aid Administrator: Theresa Liserio
35. Print or Type Name and Title: Theresa Liserio, Financial Aid Consultant
36. Mo/Day/Yr: 12-7-89

## SECTION III - TO BE COMPLETED BY LENDER

37. Name of Lender: Bankers
41. Lender Approved Amount: 2625
42-45. Disbursements: —
46. Signature of Authorized Lending Official: LINC LINC

BORROWER: TERMS OF PROMISSORY NOTE   COPY A - LENDER: LENDER RETAINS THIS ORIGINAL COPY

## PROMISSORY NOTE (CONTINUED)

B. **Date Note Becomes Due:** I will repay this loan in monthly installments during a repayment period that will begin no later than the day after the last day of my grace period, as explained on my Disclosure Statement. My grace period is that period of time which begins when I cease to be enrolled as at least a half-time student at a school that participates in the Guaranteed Student Loan Program. During my grace period, however, I may request that my repayment period begin on an earlier date.

C. **Interest.** I agree to pay an amount equivalent to simple interest on the unpaid balance of my loan from the date it is advanced to me until it is paid in full, except for any interest the United States Government will pay for me, which you will not attempt to collect from me. The applicable interest rate on my loan will be the same as the applicable interest rate on my other Guaranteed Student Loans if any of those loans are still outstanding and have an interest rate of 7%, 8% or 9%. If I have no outstanding Guaranteed Student Loans, the applicable interest rate on my loan will be 8%. My Disclosure Statement will identify the specific interest rate applicable for my loan. When this Note becomes due, I will either pay you the total interest due from me or such interest will be added to the total principal to be repaid, with interest, in installments. All payments will be made to your address as indicated on my Disclosure Statement, or to such other address you notify me of.

D. **Guarantee-Origination Fees:** I will pay you a guarantee fee which you will forward to the Texas Guaranteed Student Loan Corporation (TGSLC) for its guarantee of this Note. The guarantee fee will be equal to 1% per year on the amount disbursed for a period beginning the month after the estimated date of disbursement and ending 12 months after the anticipated month of the borrower's graduation. For applications signed by the borrower on or after July 1, 1987, the guarantee fee will not exceed 3% of the principal amount of the loan regardless of the time between the estimated date of disbursement and the anticipated graduation date.

My Disclosure Statement will indicate the exact amount of the guarantee fee. I will also pay a fee set by Federal law not to exceed 5% of my loan amount (unless changed by Federal law). My Disclosure Statement will indicate the exact amount and rate of this fee. As authorized by law, the lender may withhold this fee from each disbursement amount as indicated on my Disclosure Statement. If any loan check has not been cashed within 120 days of the check date, or if I do not cash the check then pay it in full within 120 days of the check date, I authorize my lender to cancel the check and credit my balance.

E. **Whole Loan Due:** Any other provision of this Note notwithstanding, I will be in breach of this agreement and you will have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once (after you give me the right to cure such breach) if (1) I fail to make a payment when due, (2) I make any false written statement in applying for this loan or for any extension, deferment, renewal, or consolidation, (3) I break any of my other promises under this agreement, or (4) I fail to receive my loan proceeds, I fail to enroll, for the period covered by the loan, at the school listed in this Application and Promissory Note for at least one-half of the normal full-time academic workload required by the school.

F. **Collection Costs-Late Charges:** I agree to pay you reasonable amounts permitted by law, including the fees of an outside attorney and court costs, which you incur in collecting any amount I owe under this Note which is not paid when due. (If this loan is referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay the collection costs which do not exceed 25% of the unpaid principal and interest.) If I fail to make any part of an installment payment within ten days after its due date, you may charge me 6% of the late installment.

G. **Prepayment:** I may, at my option and without penalty, prepay all or part of the principal or accrued interest of my loan at any time.

H. **Additional Agreements:** (1) The proceeds of this loan will be used only for educational expenses at the school listed on my Application and Promissory Note. (2) Any notice required to be given me, including my Disclosure Statement, will be effective if sent to me at the latest address you have for me. No separate notice is required for any endorser (cosigner). (3) Your failure to enforce or insist that I comply with any terms of this Note is not a waiver of your rights. No provision of this Note can be waived or modified except in writing. (4) If TGSLC is required under its guarantee to repay my loan(s) because I have defaulted, TGSLC will become the owner of this Note and as my creditor will have all the rights of the original lender to enforce this Note against me. (5) I must repay this Note even though I may be under 18 years of age. (6) My loan will be cancelled if I die or become totally and permanently disabled. (7) In this Note, the words I, me, and my mean each and all of those who signed it. If more than one person signed this Note, each is responsible for the full amount of the loan. You, your and yours mean the lender or any other owner of this Note.

I. **Deferment:** If I am receiving a loan for a period of enrollment beginning prior to July 1, 1987, payment of principal on my loan will be deferred under the following circumstances: (1) While I am engaged in: (a) Full-time study at a school that is participating in the GSLP; (b) Full-time study at an institution of higher education or a vocational school that is operated by an agency of the federal government (e.g., the service academies), unless I am not a national of the United States and am studying at a school not located in the United States; (c) Full-time study in a graduate fellowship program; or (d) An eligible rehabilitation training program for disabled individuals. (2) For periods not exceeding three years for each of the following: (a) On active duty status in the Armed Forces of the United States, or serving as an officer in the Commissioned Corps of the United States Public Health Service, as a Peace Corps volunteer, provided I have agreed to serve for a term of at least one year; (c) Serving as a full-time volunteer under the Domestic Volunteer Service Act of 1973 (VISTA), provided I have agreed to serve for a term of at least one year; (d) Performing full-time volunteer service which the Secretary of Education determines is comparable to Peace Corps or ACTION Programs, for an organization exempt from taxation under Section 501(c)(3) of the Internal Revenue Code of 1954. (3) For periods not exceeding three years during which I am temporarily totally disabled, as established by a sworn affidavit of a qualified physician, or unable to secure employment because I am caring for a spouse or other dependent who is so disabled, as established by a sworn affidavit of a qualified physician. (4) For periods not exceeding 24 months (for each of the following) while I am a member of the National Guard or as a Reservist called to active duty, or conscientiously seeking but unable to find full-time employment in the United States.

In addition to the above deferment, if I am a new borrower (as defined below) receiving a loan for a period of enrollment on or after July 1, 1987, I may also request, in addition to the above, deferments of payment of principal on my loan after the repayment period begins under any of the following circumstances: (4) While I am engaged in at least half-time study at a school that is participating in the GSLP, unless I am not a national of the United States and am studying at a school not located in the United States, or at a school not eligible under the GSL or SLS Programs for the enrollment period. (5) For periods not exceeding 36 months while I am: (a) On active duty status in the Armed Forces of the United States or serving as an officer in the Commissioned Corps of the United States Public Health Service, or an active duty member of the National Oceanic and Atmospheric Administration Corps; (b) Engaged as a full-time teacher in a public or private elementary or secondary school in a teacher shortage area as defined by the Secretary of Education. Unable to secure employment because I am providing care required by a spouse or other dependent who is temporarily totally disabled, as established by a sworn affidavit of a qualified physician. (6) For periods not exceeding 12 months if I am a mother with preschool age children, am entering or reentering the work force, and am being paid at a rate that is no more than $1.00 above the minimum hourly wage prescribed by the Fair Labor Standards Act of 1938. (7) For periods not exceeding six months when I am pregnant or caring for a newborn child or caring for a child immediately following the placement of the child through adoption, provided I am not attending a school and am not gainfully employed. In order to qualify for this deferment, I must have been enrolled, within the past six months, at least half-time in a school participating in the GSLP.

A new borrower is one who has no outstanding balance on a GSL, PLUS, SLS or Consolidation Loan on the date he or she signs the Promissory Note for a loan to cover period of enrollment beginning on or after July 1, 1987.

In order to receive a deferment, I must request the deferment and provide my lender with all documentation required to establish my eligibility (as set forth in the regulations governing the GSLP).

I understand that I must notify my lender when the condition entitling me to the deferment no longer exists.

J. **Repayment in Installments:** I will repay the total amount due on this Note in installments, with interest at the rate indicated in Paragraph C, unless I enter into a situation as described in Paragraph E, in which case the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once. Prior to the date this Note becomes due as set forth in Paragraph B, you will send me a Repayment Schedule which shows the particular repayment terms that will become part of this Note. Any endorser (cosigner) who signs this Note also be obligated to repay this Note. The Repayment Schedule may include all loans I have received from you under the Texas Guaranteed Student Loan Program. The Repayment Schedule will require me to make monthly payments for a period of not less than five nor more than ten years after this Note becomes due. The repayment period will not be longer than ten years from the date I enter repayment status, not counting periods for which I am granted an authorized deferment, as outlined in Paragraph I, or forbearance. At my option, I may agree to a repayment period that is shorter than five years. However, I may at any time later have the repayment period extended so that the total repayment period is not less than five years. My total payments for any year of the repayment period for all my loans under the Guaranteed Student Loan, Parent Loan, or Supplemental Loan for Students Programs shall not be less than $600 per year (or the balance of all such loans plus accrued interest if less than $600), including payments by my spouse on any loan under the Guaranteed Student Parent Loan, or Supplemental Loan for Students Programs even though this may result in a repayment period shorter than five years.

K. **Credit Bureau Notification:** Information regarding my loan amount, repayment, or my breach of this agreement will be reported to credit bureau organizations by the lender, holder, or TGSLC. My breach of this agreement will be disclosed to credit bureau organizations unless I enter repayment within 30 days after being notified of such disclosure by the holder or TGSLC. Any objections I make to the credit bureaus regarding accuracy and completeness of information will be responded to in a timely manner by the reporting lender. BREACH OF THIS AGREEMENT MAY SIGNIFICANTLY AND ADVERSELY AFFECT MY ABILITY TO OBTAIN OTHER CREDIT.

L. **Transfer of Note:** This Note may be transferred to a holder other than the lender. Such transfer shall not affect the rights and responsibilities of the parties as set forth herein. This is not intended to be a negotiable instrument, and a subsequent holder of this Note cannot be a holder in due course. The new holder will notify me of any such transfer in writing.

## BORROWER CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct: I, the borrower, certify that the information contained in Section I of this Application is true, complete and correct to the best of my knowledge and belief and is made in good faith. I hereby authorize the school to pay to the lender any refund which may be due me up to the amount of this loan. I further authorize any school that I may attend to release to the lending institution, subsequent holder, U.S. Department of Education, or their agents any requested information pertinent to this loan (e.g., employment, enrollment status, current address). I certify that the proceeds of any loan made as a result of this Application will be used for educational expenses for the loan period covered by this Application at the school named in Section II. I understand that I must immediately repay any funds that I receive which cannot reasonably be attributed to meeting my educational expenses related to attendance at that school for the loan period stated in Item 27. I certify that the total amount of loans received under the Guaranteed Student Loan Program, Title IV, Part B (P.L. 89-329) as amended, will not exceed the allowable maximums. I further certify that I do not now owe a refund on a Pell Grant, Supplemental Grant (SEOG), or State Student Incentive Grant (SSIG) and am not now in default on a Perkins Loan (formerly National Defense or Direct Student Loan) or a Guaranteed Student Loan (GSL), a Federally Insured Student Loan (FISL), a Supplemental Loan for Students (SLS), an Auxiliary Loan to Assist Students Loan (ALAS), a Loan for Undergraduate Students (PLUS), a Consolidation Loan, or an Income Contingent Loan. I further authorize my lending institution to issue a check covering the proceeds of this loan, in full, or in part, made payable to me and sent to the school named in Section II. I have read and understand the "Statement of Borrower's Rights and Responsibilities" supplied with my Application.

I understand that I will receive disclosures that identify my loan amount (as determined by the lender), the fee amounts, the fee rates, due dates, grace period, and late charges. I understand and agree that if the information on the disclosures conflicts with the information on the Application and Promissory Note, the information on the disclosures applies.