United States District Court
Southern District of Texas
ENTERED
SEP 1 5 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | C.A. NO. C-00-79 |
| JIMMY A. PADIA | § | |

## DEFAULT JUDGMENT

On September 1, 2000, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause, recommending denial of plaintiff's motion for default judgment because properly authenticated copies of the notes were not produced. On September 8, 2000, plaintiff filed its objection along with an affidavit submitting certified copies of the notes. Having reviewed de novo the magistrate judge's memorandum and recommendation and the pleadings now on file, this Court does not adopt the findings and conclusions of the magistrate judge and grants plaintiff's motion for default judgment. Adequate proof these debts is established by the Certificates of Indebtedness filed with the Court.

Judgment in favor of the United States of America is entered in the following amounts:

DEBT 1:

| | |
|---|---|
| Principal: | $5,632.92 |
| 8.41% interest through May 20, 1999: | $3,503.16 |
| Attorney fees: | $ 550.00 |
| Prejudgment interest @ $1.30 per day from 5/20/99: | $ 625.30 |

Postjudgment interest at 6.241% per annum.

DEBT 2:

    Principal: $5,205.46

    9.13% interest through May 20, 1999: $3,217.23

    Attorney fees: $ 550.00

    Prejudgment interest @ $1.30 per day from 5/20/99: $ 625.30

    Postjudgment interest at 6.241% per annum.

ORDERED this __14__ day of _____, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE