# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## BILL OF COSTS

United States District Court
Southern District of Texas
FILED

**NOV - 7 2000**

MICHAEL N. MILBY CLERK

UNITED STATES OF AMERICA

V.

Case Number: C-00-79

Jimmy A. Padia

Judgment having been entered in the above action on September 15, 2000 against Jimmy A. Padia, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | $ 50.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemize on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. 1923 | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Compensation of court-appointed experts | $ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $ |
| Other costs (please itemize) | $ |
| **TOTAL** | **$ 200.00** |

SPECIAL NOTE: Attach your bill as an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed was mailed today to:

Jimmy A. Padia

Signature of Attorney: _[signature]_

Name of Attorney: J. Michael Weston

For: United States of America                                 Date: September 29, 2000

Costs are taxed in amount  $200.00  and included in the judgment.

**Michael N. Milby**          By: _[signature]_          Date: 11/8/00
Clerk of Court                    Deputy Clerk

12.